**Dale P. GOERGEN, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 00–3447.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before MAYER, Chief Judge, GAJARSA and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**ROFIN–SINAR LASER GMBH, Plaintiff–Appellant,**

v.

**PRC CORPORATION, Defendant–Appellee.**

No. 00–1407.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before MAYER, Chief Judge, GAJARSA and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.